# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**CATHERINE COLFORD,**
    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　**Case No. 2:10-cv-00758-FtM-UA-DNF**

**FLORIDA DEPARTMENT OF TRANSPORTATION,**

    **Defendant.**

_____

# ORDER

This case is before the Court on Defendant, Florida Department of Transportation's Supplemental Motion to Dismiss (Doc. No. 28) filed June 20, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 17, 2012 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant, Florida Department of Transportation's Supplemental Motion to Dismiss (Doc. No. 28) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of September, 2012.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party