**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CATHERINE COLFORD,**
          **Plaintiff,**

**-vs-**                            **Case No.  2:10-cv-00758-FtM-UA-DNF**

**FLORIDA DEPARTMENT OF**
**TRANSPORTATION,**

          **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 19) filed January 19, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 15, 2012 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 19) is **GRANTED**.

    3.    Plaintiff's Amended Complaint (Doc. No. 17) is **DISMISSED**.

4.  Plaintiff may file a Second Amended Complaint within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 31st day of January, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party